**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| RICHARD TRAVERS, | : | |
| | | Civil Action No. 09-5153 (NLH) |
| Petitioner, | : | |
| | | |
| v. | : | **ORDER** |
| | | |
| FEDERAL BUREAU OF PRISONS, et al., | : | |
| | | |
| Respondents. | : | **CLOSED** |

For the reasons set forth in the Opinion filed herewith,

IT IS on this ___30th___ day of ___November___, 2009,

ORDERED that the Petition is DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies; and it is further

ORDERED that the Clerk of the Court shall send the U.S. Attorney for the District of New Jersey, electronically or by regular U.S. mail, a courtesy copy of all documents filed in this matter; and it is further

ORDERED that the Clerk of the Court shall close the Court's file in this matter.

At Camden, New Jersey        /s/ NOEL L. HILLMAN
                             Noel L. Hillman
                             United States District Judge